1  PHILLIP A. TALBERT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-0138 EFB |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL COMPLAINT |
| DANIEL BARRAZA-BAZUA, | |
| Defendant. | |

The government's request to unseal the complaint and this case is GRANTED.

Dated: 8-9-2017

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

UNSEALING ORDER                             1