FILED
August 11, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DANIEL BARRAZA-BAZUA,<br><br>    Defendant. | Case No. 2:17-mj-00138-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, DANIEL BARRAZA-BAZUA, Case No. 2:17-mj-00136-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    ___ Co-signed Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The secured bond paperwork is ordered to be filed by 8/18/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _8/11/2017_ at _4:03 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge